IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LORIE B. SHARPE,<br><br>Defendant. | CIVIL ACTION<br>NO. 20-2490 |

## ORDER

**AND NOW**, this 29th day of September 2021, upon consideration of the allegations in the Government's Complaint (Doc. No. 1), Defendant Lorie B. Sharpe's Motions to Dismiss for Insufficiency of Service of Process and Principles of Res Judicata (Doc. Nos. 7, 11), and the Government's Responses in Opposition to Defendant's Motions (Doc. Nos. 10, 12), it is **ORDERED** that Defendant's Motions to Dismiss for Insufficiency of Service of Process and Principles of Res Judicata (Doc. Nos. 7, 11) are **DENIED.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.